# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2825
_____

KELLIE ANNE CARROZZA,

Appellant,

v.

BARTOW REGIONAL MEDICAL
CENTER,

Appellee.

_____


On appeal from the Office of the Judges of Compensation Claims.
Wilbur W. Anderson, Judge.

Date of Accident:  May 7, 2015.

April 1, 2025

PER CURIAM.

DISMISSED.

ROWE, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

E. Taylor Davidson of DDB Law, Lakeland, for Appellant.

Shari Hall, Highland, and Todd J. Sanders of Chartwell Law, Tallahassee, for Appellee.